UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:10-CR-317-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ELDON DAVIDSON, | ) | |
| Defendant | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on Defendant's, Motion for Extension of Time to File Pretrial Motions and Defendant's Motion to Continue Arraignment;

For good cause shown, Defendant's Motion for Extension of Time to File Pretrial Motions is GRANTED, and the deadline by which any such motions shall be filed is May 9, 2011. The Government's responses to Defendant's pretrial motions shall be due by May 23, 2011.

FURTHER, Defendant's Motion to Continue Arraignment is GRANTED, and the Arraignment is continued to June 14, 2011.

IT IS FURTHER ORDERED, that any delay that results from this continuance is hereby excluded form the Speedy Trial Act computation pursuant to 18 U.S.C. 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial.

This the 20th day of April, 2011.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE