# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

          v.                                                         **Crim. No. 5:10-CR-317-1H**

**ELDON RAY DAVIDSON**

On January 22, 2016, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                       I declare under penalty of perjury that the foregoing is true and correct.

                                       /s/ Julie Wise Rosa
                                       Julie Wise Rosa
                                       Senior U.S. Probation Officer
                                       310 New Bern Avenue, Room 610
                                       Raleigh, NC 27601-1441
                                       Phone: 919-861-8675
                                       Executed On: January 17, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 17th day of January 2018.

                                                                            Malcolm J. Howard
                                                                            Senior U.S. District Judge